UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA ANN STONECIPHER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-00609-JDP<br><br>ORDER GRANTING MOTION TO LIFT STAY<br><br>ECF No. 3 |

For good cause shown, plaintiff's motion to lift the stay, ECF No. 3, is granted. The court orders the clerk to issue summons and the new case documents.

IT IS SO ORDERED.

Dated:   November 2, 2020                          _____
                                                                         UNITED STATES MAGISTRATE JUDGE